UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND GIBSON,

    Plaintiff,

v.       Case No.:   2:24-cv-952-SPC-KCD

BANK OF AMERICA, N.A.,

    Defendant.
_____/

# ORDER

    Plaintiff Raymond Gibson, proceeding without a lawyer, moves for access to the Court's electronic filing system. (Doc. 11.) The motion is **DENIED**. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown (or even argued) here. To the extent Plaintiff believes electronic filing will help him access documents in the case, he can already submit documents electronically through the Web Portal on the Court's website at https://www.flmd.uscourts.gov/electronic-document-submission-web-portal. In short, the

functionality Plaintiff seeks is already available through the Court's available resources.

      **ORDERED** in Fort Myers, Florida on October 21, 2024.

_Kyle C. Dudek_
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record