## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

RAYMOND GIBSON,

     Plaintiff,                  Case No.: 2:24-cv-00952-SPC-KCD

v.

BANK OF AMERICA, N. A.,

     Defendant.

_____/

### NOTICE OF SETTLEMENT

The Plaintiff, Raymond Gibson, pro se, respectfully notifies the Court that the parties have reached a settlement of all claims in this matter. Plaintiff and Defendant are in the process of finalizing the terms of the settlement agreement and Plaintiff anticipates filing a stipulation for dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure within 30 calendar days.

In light of the settlement, Plaintiff respectfully requests that the Court stay all pending deadlines and hearings to allow the parties sufficient time to finalize the settlement documents and file the stipulated dismissal.

Respectfully submitted this 18th day of November, 2024.

By:*/s/Raymond Gibson*
Raymond Gibson
*Pro se Plaintiff*
9728 Mendocino Dr.
Fort Myers, FL 33919

Ph: (561) 566-8030
Email: raymond.gibson1211@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 16th day of December, 2024, the foregoing

was submitted to this Honorable Court via the Electronic Document Submission

Web Portal. Upon filing, a notice of electronic filing will be automatically provided

to all counsel of record.

By:*/s/Raymond Gibson*
Raymond Gibson
*Pro se Plaintiff*